656

writ of certiorari to the Supreme Court of Minnesota denied. *Mr. Mortimer H. Boutelle* for petitioners. No appearance for respondent.

No. 427. SHORE *v.* SHELL PETROLEUM CORP. ET AL;
No. 428. MASON *v.* SAME;
No. 429. CHURCHILL ET AL. *v.* SAME; and
No. 430. WENRICH ET AL. *v.* SHELL PETROLEUM CORP. November 7, 1932. Petition for writs of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. James M. Beck, Charles Warren,* and *F. Dumont Smith* for petitioners. *Messrs. Roland Boynton, John G. Egan, Benjamin F. Hegler, Truman Post Young,* and *P. G. McElwee* for respondents.

No. 431. GADEK *v.* UNITED STATES. November 7, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Frederic M. P. Pearse* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Leslie E. Salter, Paul D. Miller,* and *W. Marvin Smith* for the United States.

No. 432. WARD ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. November 7, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Jefferson P. Chandler* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key,* and *J. P. Jackson* for respondent.